# CHO LEGAL GROUP LLC

100 Plainfield Avenue - 2nd Flr., Ste. 8E
Edison, NJ 08817
ph. (732) 545 – 9600
fax. (609) 613-5611

*SERVING NEW JERSEY AND NEW YORK*

September 22, 2022

Via: ECF

Hon. Jennifer L. Rochon U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:  Chiebuka C. Okohand Osi King v. U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services et. als.
Civil Action No. 1:22-cv-7995

Dear Judge Rochon:

Please accept this letter as a letter motion to withdrawn and close the above matter and for a refund of the filing fee. This matter was inadvertently filed in the Southern District of New York. Our office routinely handles Mandamus Complaints in the Southern District, however, in this case the Plaintiff is residing in New Jersey. Since our office does not frequently handle these matters in New Jersey the Plaintiff's residence was mistakenly believed to be in New Jersey. Upon realizing Plaintiff resides in New Jersey and the proper venue was the District of New Jersey, we contacted the clerks office. The clerk's office advised the matter had already been assigned and that we should make a request with Your Honor to close this matter and for a refund of the filing fee so that it may be filed in the District of New Jersey. A proposed order is attached.

If you have any questions please don't hesitate to contract us.

Yours truly,

/s/ Jae H. Cho, Esq.

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

September 23, 2022 New York, New York

The Court construes this filing as a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action without a court order. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Court GRANTS the request to refund the filing fee to Plaintiff. The Clerk of Court is respectfully directed to refund the filing fee of $402 to Plaintiff's counsel. Accordingly, the Clerk of Court is respectfully directed to close this case.